UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURIE BURNETT,<br><br>                   Plaintiff,<br><br>      vs.<br><br>CONFORMIS, INC., KENNETH FALLON III, MARK AUGUSTI, CARRIE BIENKOWSKI, GARY P. FISCHETTI, PHILIP W. JOHNSTON, and BRAD LANGDALE,<br><br>                   Defendants. | Case No.: 1:23-cv-06536-AS<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Laurie Burnett ("Plaintiff") voluntarily dismisses her claims in the above captioned action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: September 5, 2023

**BRODSKY & SMITH**

By: *Evan J. Smith*
Evan J. Smith
240 Mineola Boulevard
Mineola, NY  11501
Phone:  (516) 741-4977
Facsimile (561) 741-0626

*Attorneys for Plaintiff*